[No. 72660-9-I. Division One. April 4, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BILL DWAYNE WHEELER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00657-4, David A. Kurtz, J., entered September 26, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 72685-4-I. Division One. April 4, 2016.]

*In the Matter of the Personal Restraint of* BRANDON JOSEPH EARL, *Petitioner*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated June 6, 2016. Subsitute opinion filed. See 194 Wn. App. 1019.

[Nos. 72735-4-I; 73030-4-I. Division One. April 4, 2016.]

THE TOWN OF SKYKOMISH, *Respondent*, v. KARL BENZ ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, No. 12-2-06975-1, Barbara Linde, J., entered October 31, 2014 and January 2, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Dwyer, J.

[No. 72935-7-I. Division One. April 4, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NEN THAN PHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-00356-5, Deborra Garrett, J., entered December 17, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Trickey, A.C.J., and Schindler, J.